STATE EX REL. DE LONG *v.* RUCKER, SPECIAL JUDGE.

[No. 28,166. Filed March 18, 1946.]

*Reuben S. De Long,* pro se.

*A. J. Rucker,* pro se.

PER CURIAM.—This was an original action to mandate respondent to give relator hearing upon his petition for writ of error *coram nobis.* It appearing by response that said hearing has been granted and held, the rule is discharged and the cause is dismissed.

NOTE.—Reported in 65 N. E. (2d) 489.